UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TREMAYNE MILLER,

    Plaintiff,

v.　　　　　　　　　　　　　　CASE No: 8:10-cv-487-T-33EAJ

TAMPA POLICE DEPARTMENT,

    Defendant.
_____/

**ORDER**

    The record reflects that Plaintiff is appearing *pro se* in this matter. The Federal Bar Association's Pro Bono Civil Litigation Project offers limited legal services free of charge to those involved in federal litigation without the assistance of an attorney. The Court determines that Plaintiff may be an individual who could benefit from the free services that the Federal Bar Association provides. In the instance that Plaintiff is interested in taking advantage of these services, Plaintiff should fill out the attached form and mail it to the address provided therein.

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21th</u> day of July 2010.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                            UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record