```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

TREMAYNE MILLER,

       Plaintiff,

v.                                    CASE NO:  8:10-cv-487-T-33EAJ

TAMPA POLICE DEPARTMENT
et al.,

       Defendants,
_____/

**ORDER**

    This cause comes before the Court sua sponte.  On February 22, 2010, Plaintiff Tremayne Miller filed his complaint.  (Doc. # 1).  Mr. Miller served Defendant Tampa Police Department on May 14, 2010.  (Doc. # 7).  On May 18, 2010, the Police Department filed its motion to dismiss the complaint.  (Doc. # 8).  On July 21, 2010, this Court granted the Police Department's motion to dismiss the complaint without prejudice, and granted Mr. Miller leave to file an amended complaint on or before August 15, 2010.  (Doc. # 11).  On August 13, 2010, Mr. Miller filed an amended complaint.  (Doc. # 13).

    This Court has reviewed the amended complaint and the pertinent portions of the record and is otherwise fully advised in the premises.  Despite the less stringent standard to which a pro se litigant's pleadings are held, the amended complaint completely fails to address any of the deficiencies raised in

the Court's order. (Doc. # 11); see Timson v. Sampson, 518 F.3d 870, 874 (11th Cir. 2008); Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998). Thus, this Court strikes the amended complaint. (Doc. # 13). If he so desires, Mr. Miller may file a second amended complaint on or before November 2, 2010. Thereafter, the Police Department may file a responsive pleading or motion on or before November 16, 2010.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The amended complaint (Doc. # 13) is striken.

(2) If he so desires, Mr. Miller may file a second amended complaint on or before November 2, 2010. If a second amended complaint is not filed by that date, the Clerk of the Court is directed to close this case.

(3) If Mr. Miller files a second amended complaint, the Police Department may file a responsive pleading or motion on or before November 16, 2010.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of October, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

2